NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE FISHBEIN FAMILY PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>PPG INDUSTRIES, INC., JOHN P. BEYEL, McELROY, DEUTSCH & MULVANEY, BUDD, LARNER, GROSS, ROSENBAUM, GREENBERG & SADE, WILLIAM WARD, WATERS, McPHERSON & McNEILL, ABC LAW FIRM, DEF LAW FIRM, XYZ LAW FIRMS 1-10, ATTORNEY JOHN DOES 1-10,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 93-CV-653 (DMC) |

This matter coming before the Court upon motion for summary judgment and the Court

having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this ___30th___ day of August, 2007;

**ORDERED** that Defendants' motions for summary judgment are **granted**.

 

 S/ Dennis M. Cavanaugh_____
  Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:        All Counsel of Record
          The Honorable Mark Falk, U.S.M.J.
          File